UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DR. STEVEN ARKIN, a Florida resident, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No.: 8:17-CV-02233 |
| | ) |
| v. | ) **CLASS ACTION** |
| | ) |
| SMITH MEDICAL PARTNERS, LLC, H.D. SMITH, LLC, Delaware limited liability companies, and JOHN DOES 1-5, | )<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DR. STEVEN ARKIN, and Defendants, SMITH MEDICAL PARTNERS, LLC and H.D. SMITH, LLC, through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice, each side to bear its own costs.

Respectfully submitted,

By: s/Ross M. Good
Ross M. Good – FL Bar No. 116405
Ryan M. Kelly – FL Bar No. 90110
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
rkelly@andersonwanca.com
rgood@andersonwanca.com

*Counsel for Plaintiff*

/s/Martin W. Jaszczuk (with permission)
Martin W. Jaszczuk (*pro hac vice*)
Keith Gibson (*pro hac vice*)
JASZCZUK P.C.
311 S. Wacker Drive, Suite 3200
Chicago, IL 60606
Telephone: 312-422-0509
mjaszczuk@jaszczuk.com
kgibson@jaszczuk.com

Beth-Ann Krimskey – FL Bar No. 96841
Jamey Campellone
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2018, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                /s/ Ross M. Good