UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN ARKIN,

    Plaintiff,

v.                                        Case No: 8:17-cv-2233-T-36AEP

SMITH MEDICAL PARTNERS, LLC,
H.D. SMITH, LLC and JOHN DOES 1-5,

    Defendants.
_____/

## ORDER

Before the Court is the Joint Stipulation of Dismissal (Doc. 86). In accord with the Joint Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)    The Joint Stipulation of Dismissal is **APPROVED** (Doc. 86).

2)    This cause is **DISMISSED**, without prejudice. Each party shall bear its own costs and attorneys' fees.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 27, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record